**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PIC Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Entities and Individuals Identified in Annex A,<br><br>Defendants. | Case No. 1:27-cv-1444<br><br>Judge Matthew F. Kennelly |

**DECLARTION OF XIN CHEN IN SUPPORT OF DEFENDANT'S MOTIONS**

I, Xin Chen, declare as follows:

1. I am the Chief Executive Officer of Larryhot Trading Co., Ltd. (**Larryhot**), which operates the internet store, supvogue.com (the **Store**), identified in this lawsuit. In this capacity, I have personal knowledge of the Store's operation and sales and have access to Larryhot's business records.

2. I make this declaration based on my personal knowledge and after reviewing Larryhot's business records. If called as a witness, I can competently testify to the matters stated herein.

3. Larryhot is incorporated and has its principal place of business in China. Larryhot operates the Store exclusively in China. Larryhot has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4. Neither the Store nor Larryhot has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

5. PIC Corporation (the **Plaintiff**) alleges the Store has infringed on its trademark. Specifically, Plaintiff's counsel has provided the attached **Exhibit A**, which shows the allegedly infringing products (collectively, **Alleged Products**).

6. After reviewing the complaint and Exhibit A provided by counsel, I conducted a diligent search of the Store's sales records for the Alleged Products. **Exhibit B** contains complete and accurate sales records, maintained in the ordinary course of Larryhot's business.

7. Exhibit B shows that the Store made only one sale in Illinois and the U.S. Counsel for Plaintiff has admitted that the order was placed by Plaintiff. The buyer's name was "Winifred PIC-FTE Womyhopur," the shipping address was "260 Rocbaar Dr, Romeoville, Illinois 60446," and the phone number for the buyer was "(630) 705-0900."

8. A brief search has revealed numerous similar products available for purchase online. *See* Exhibit C. Before this litigation, the Store was not aware, nor had any reason to be aware, that it could be infringing on any copyrights or trademarks. The Store has not attempted to market or pass off its products as those of the Plaintiff or any other party.

9. The Store uses two Paypal accounts: Rnalemoa@outlook.com and RnalemoaBtn@outlook.com, for the Alleged Products, which have a total frozen amount of $1,271,693.18 due to the asset restraints imposed by this litigation.

10. The Store still plans to continue business operations. However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

11. Upon notice of the current litigation, Larryhot has permanently removed the listings

of the Alleged Products. While Larryhot is moving to challenge the Preliminary Injunction Order (Dkt. 37), Larryhot assures the court it will not relist the Alleged Products for sale until further ordered by the court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 31st day of May 2024, in Xiamen, Fujian Province, China.

Dated: May 31st, 2024

By: Xin Chen
Xin Chen

# EXHIBIT A

Wasp Trap for Hornet Bees Yello

supvogue.com/products/wasp-trap-for-hornet-bees-yellow-jackets-buy-3-get-1-free

FREE SHIPPING OVER $49.99

USD

supvogue

Home All products

# Wasp Trap for Hornet Bees Yellow Jackets 🐝 BUY 3 GET 1 FREE

$19.96 ~~$29.99~~

66.2K Month Sold

It's been recommended by 6.5K people on Facebook, Twitter and Instagram

805 people are viewing this right now

BUY MORE SAVE MORE

BUY 1 | BUY 2 (49% DISCOUNT)

BUY 3 GET 1 FREE (Extra 15% DISCOUNT) & FREE SHIPPING

Quantity

1

Limit Stock: Only **4%** left

Tight Inventory

ADD TO CART

BUY IT NOW

SPECIAL OFFER
HOT

# EXHIBIT B



supvogue
support
Order
All Orders
Abandoned Order
Product manage...
All Orders
Export
Import
All
Unfulfilled
All order status
All delivery...
Start date ~ End date
All paymen...
All payment c...
Country/ R...
Payment Status
wasp-trap-for-hornet-bees-yellow-jackets-buy-3-get-1-free
Search
Order number
Payment time
Payment Status
Payment method
Payment channel
Logistics status
Total Amount
Product
Country/ Region
Operation
10956S153369
2023-12-15 23:02:13
Paid
PayPal
PayPal
Delivered
$26.54
1pieces of product
United States of America
Result page
1 total
50 / page
Settings

supvogue
Order
All Orders
Abandoned Order
Product manage...
support
All Orders
Order Details
Action
Modify delivery
Order Overview
Product
Specifications
Quantity
Wasp Trap for Hornet Bees Yellow Jackets BUY 3 GET 1 FREE
SKU：LD1297410-黄色捕蜂器
BUY 1
1
Shipping Address
Edit
Name Winifred PIC-FTE Womyhopur
Address 260 Rocbaar Dr
Apartment -
City Romeoville
Country/Region United States of America
Province/State Illinois
Postcode 60446
Phone +1 (630) 705-0900
Extra information -
Order Information
Order status:Completed
Payment status:Paid
Total Amount:$26.54
Order number:10956S153369
Payment number:0JC39527JV754652K
Payment method:PayPal
Payment channel:PayPal
Generation time:2023-12-15 23:01:56
Payment time:2023-12-15 23:02:11
Logistic order number:AT235781529CN
Client Has Subscribe Visitors
Name Adolfo Foozler
Contact Information
Mailbox adolfofoozler@gmail.com
https://admin.supvogue.com/admin/order/allOrder/153369

# EXHIBIT C

amazon Delivering to Los Angeles 90028 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Music | Prime | Customer Service | Today's Deals | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Toys & Games | Sell | Find a Gift | Automotive | Computers | $0 food delivery fees. It

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home

KATCHY Get rid of fruit flies with UV light $42.99 prime

Patio, Lawn & Garden › Pest Control › Traps

Roll over image to zoom in

# 3 Pack Wasp Trap - for Wasps, Yellow Jackets, Hornets - No Seam on The Bottom - Eliminates Leaks

Brand: Ven-Trap

3.6 ★★★★☆ 814 ratings

300+ bought in past month

Price: $22.99 ($7.66 / Count) Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $10 off instantly: Pay $12.99 ~~$22.99~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Ven-Trap |
| **Color** | Yellow |
| **Style** | Classic |
| **Material** | Nylon |
| **Product Dimensions** | 5"L x 5"W x 6"H |
| **Number of Pieces** | 3 |

See more

## About this item

- 3 TRAPS INCLUDED. NEW DESIGN. One Piece Solid Bottom means no leaking Pots which is the largest complaint of other versions.
- Cover more area and catch more! Traps lure and catches wasps, hornets, yellow jackets, bees, fruit fly and other Insects. No Pesticides required.
- HIGHLY EFFECTIVE - Comes with Instruction Manual and Bait recipe. Uses a simple Sugar and Water solution
- No Chemicals Needed. Eco-friendly. Protect your home and garden from unwanted pests. Wash and Reusable for many Seasons, safe and clean. This Catcher is all you need.
- DESIGN - Each Honey Pot comes with 18" nylon cord for hanging outdoors. Light weight, easy to use. Use Indoors for Fruit Flies.

## Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

## Customer ratings by feature

| | | |
|---|---|---|
| Scent | ★★★★★ | 4.7 |
| Easy to clean | ★★★★☆ | 4.2 |

prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **fast, free delivery**

Delivery | Pickup

**One-time purchase:**

$22.99 ($7.66 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **June 5 - 7** on orders shipped by Amazon over $35

Or fastest delivery **Wednesday, June 5**

Delivering to Los Angeles 90028 - Update location

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MiddletonShippers |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Ships in product packaging |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**

10% 15%

$20.69 ($6.90 / Count)

FREE delivery **June 5 - 7** on orders shipped by Amazon over $35

amazon Delivering to Los Angeles 90028 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Music | Prime | Customer Service | Today's Deals | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Toys & Games | Sell | Find a Gift | Automotive | Computers | Celebrate National Small Busi

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home

KATCHY Get rid of fruit flies with UV light $42.99 prime

Patio, Lawn & Garden › Pest Control › Traps

Roll over image to zoom in

2 VIDEOS

# 2 Pack Wasp Trap Hanging Yellow Jacket Killer Reusable Carpenter Bee Traps for Outside Bee Catcher Hornet for Garden Farm Insect Killers

Visit the Stingmon Store

3.2 24 ratings

200+ bought in past month

Price: $19.99 ($10.00 / Count) Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $10 off instantly: Pay $9.99 upon approval for the Amazon Store Card.

| | |
|---|---|
| **Brand** | Stingmon |
| **Style** | Classic |
| **Product Dimensions** | 4.9"L x 4.9"W x 5.5"H |
| **Number of Pieces** | 2 |

## About this item

- Safety: our carpenter bee traps outdoor hanging are made of plastic and equipped with lanyard, light and easy to hang. Natural bait such as beer and fruit vinegar can be added to the hornet traps to start the work, without any chemical preparation, and our carpenter bee traps for outside is environmentally friendly.
- Long lasting: wasp traps outdoor hanging top rated is suitable for seasons, our hornet killers can work from spring through fall. Our disposable yellow jacket traps are designed to protect your home, garden, and farm for a long time in all weather and outdoor environments.
- Special design: the wasp traps outdoor hanging top rated is designed with multiple tunnels, allowing more bees to enter the carpenter bee traps for outside in all directions, and the wasp will not be able to escape the yellow jackets killers. The integrated design of the yellow jacket trap bottom is not easy to leak, and detachable design of for hornet traps easy cleaning.
- Customer service: this carpenter bee traps for outside is a great solution for getting rid of wasps, yellow jackets, wasps, hornets and flies. And your experience with this wasp trap outdoor hanging is our top priority. If you shall have any concerns, please let us know and we will definitely give you a satisfactory answer.
- Food based lure: natural foods can be used as bait for carpenter bee traps for outside. beer, wine and vinegar can be added to the wasp traps to attract bees. The bait is non-toxic and safe to hang in places where bees are common.

## Customer ratings by feature

| | |
|---|---|
| Adhesion | 4.2 |
| Easy to use | 3.8 |

**prime**

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **fast, free delivery**

Delivery | Pickup

**One-time purchase:**
$19.99 ($10.00 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Wednesday, June 5** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, June 1**. Order within 13 hrs 33 mins

Delivering to Los Angeles 90028 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Stingmon US |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Ships in product packaging |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**
$19.99 ($10.00 / Count)
FREE delivery **Wednesday, June 5** on orders shipped by Amazon

amazon Delivering to Los Angeles 90028 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Music | Prime | Customer Service | Today's Deals | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Toys & Games | Sell | Find a Gift | Automotive | Computers | Celebrate National Small Bus

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Hom

6 pack Scorpion Glue Tray Traps for Home... 197 $14.08 $14.82 prime Save 5% more with Subscribe & Save

Patio, Lawn & Garden › Pest Control › Traps

THE ULTIMATE WASP TRAPS
PET AND CHILD SAFE
Attracts & Traps
•Wasps
•Hornets
•Yellow Jackets
•Flies
4-in-1 Trap
Highly Rated
Reusable - Dual Acti
2 Pack

Roll over image to zoom in

VIDEO

# Wasp Trap Outdoor Hanging, Bee Traps Catcher, Effective Outdoor Wasp Deterrent Killer Insect Catcher, Non-Toxic Reusable Hornet Yellow Jacket Trap - Yellow, 2 Pack

Brand: Protecker
5.0 9 ratings
300+ bought in past month

$16.99 ($8.50 / Count)

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Coupon: Apply 5% coupon Shop items › | Terms

Get $10 off instantly: Pay $6.99 ~~$16.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: yellow

$16.99
($8.50 / Count)

$16.99

| | |
|---|---|
| **Brand** | Protecker |
| **Color** | yellow |
| **Number of Pieces** | 2 |

## About this item

- 😊【GREEN & DURABLE WASP TRAP】The wasp bee killer is made of durable and ABS material, which is rain-proof, sun-proof and corrosion-resistant, suitable for use in different weathers such as high temperature, rain and fog. Wasp traps use natural non-toxic bait to capture wasps without any chemical preparations and are not harmful to the environment. Wasp trap outdoor hanging won't fall off easily as long as they're secured to branches, etc. with the included nylon cord.
- 🌸【GET RID OF WASPS SAFELY】This bee wasp traps catcher is a great solution for getting rid of wasps, yellow jackets, wasps, flies, and more insects in a safe and non-toxic way! You only need to use natural bait to trap wasps in wasp repellent outdoor, without worrying about the harm of pesticides and chemical agents to the safety of your home, pets and children. Our wasp catchers are durable enough to protect your garden, patio and more from wasp infestation from spring to fall.
- ✨【EASY TO USE & REUSABLE WASP KILLER】The wasp traps for outdoors are very easy to use, simply add the formulated natural non-toxic bait(sugar, apple juice, jam, etc.)to the yellow jacket trap and hang the trap at a suitable distance from your home where there are plenty of insects. No seam on the bottom of the wasp trap, no leakage. The bee trap made of durable materials can be reused many times, just empty it when it is full, wash it with warm

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery
Delivery
Pickup
$16.99 ($8.50 / Count)
Get Fast, Free Shipping with Amazon Prime
FREE Returns
FREE delivery Wednesday, June 5 on orders shipped by Amazon over $35
Or fastest delivery Saturday, June 1. Order within 13 hrs 20 mins
Delivering to Los Angeles 90028 - Update location
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from Amazon
Sold by Cozy garden
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction
Add a gift receipt for easy returns
Add to List



amazon Delivering to Los Angeles 90028 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Music | Prime | Customer Service | Today's Deals | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Toys & Games | Sell | Find a Gift | Automotive | Computers | Celebrate National Small Bus

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Hom

Catchmaster Scorpion Glue Tray Traps, 6-Pack... 197 $14.08 $14.82 prime Save 5% more with Subscribe & Save

Patio, Lawn & Garden › Pest Control › Traps

Roll over image to zoom in

VIDEO

# Wasp Trap Bee Traps Catcher, Wasp Trap Outdoor Hanging, Wasp Repellent Trap Deterrent Killer Hornet Fly Insect Catcher, Non-Toxic Reusable Yellow Jacket Trap Hanging (Orange-2pack)

Brand: LCUXOWX

4.3 14 ratings

100+ bought in past month

Price: $16.79 ($8.40 / Count) Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $10 off instantly: Pay $6.79 ~~$16.79~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Orange-2pack**

| | |
|---|---|
| **Brand** | LCUXOWX |
| **Color** | Orange-2pack |
| **Style** | Wasp Trap Bee Traps |
| **Material** | Plastic |
| **Number of Pieces** | 2 |
| **Is Electric** | No |
| **Target Species** | Fly |

## About this item

- 【ECO-FRIENDLY & DURABLE MATERIAL TRAP】The bee killer is made of durable and eco-friendly ABS plastic material, which is rain-proof, sun-proof and corrosion-resistant, suitable for use in different weathers such as high temperature, rain and fog. Wasp traps use natural non-toxic bait to capture wasps without any chemical preparations and are not harmful to the environment. Wasp traps outdoor hanging won't fall off easily as long as they're secured to branches, etc. with the included nylon cord.
- 【HANG BEE CATCHER WHERE YOU WANT】Wasp killer is suitable for use in gardens, farms, orchards, camping, vegetable gardens, patios and more. Hanging yellow jacket traps are better at catching wasps, each wasp repellent outdoor comes with an 18" nylon cord, making it very convenient to hang outdoors. You just hang it wherever you need!
- 【EFFECTIVE & UNIQUE DESIGN WASP TRAPS】The wasp trapper is designed with 6 entrances, and the multi-entry design can increase the chances of attracting insects into the trap. The wasp repellent outdoor has a large entrance but a small exit, and a wasp entering a yellow jacket trap will not be able to escape. The hornet trap has multiple small holes distributed around the entrance to help distribute the scent of the bait and more effectively attract and capture wasps, yellow jackets etc.
- 【GET RID OF WASPS SAFELY】This bee wasp traps catcher is a great

collectionsetc.com/products/outdoor-hanging-wasp-trap/?utm_source=google&utm_medium=paid_srch&utm_campaign=pla&utm_term=pmax&offercode=FSNM67&gad_source=1&gclid=CjwKCAjwx-CyBhAqEiwAeOcTdSjaoiZwQjw8Np37IBeAYtBJCcwUNo65CVURPXQ45IPcWfiPfJiwdhoCN7AQAvD_BwE

See Today's Offers (8)

Enjoy FREE SHIPPING on Everything! Use Code: FSNM67

Premier Savings | Virtual Catalogs | My Favorites | Track Order

Collections ETC.
Shop our family of brands...
Search by keyword or item #
Search
Catalog Quick Order
My Account Hello, please sign in
Cart 0 items
better senior living
The Lighter Side • Betty's Attic
Things You Never Knew Existed

ALL DEPARTMENTS | NEW ARRIVALS | GARDEN ACCENTS | PATRIOTIC DECOR | SUMMER FAVORITES | NEW MARKDOWNS

Home > Outdoor Hanging Wasp Trap

View Larger

# Outdoor Hanging Wasp Trap

4.2 122 Reviews Write a Review | Item #29220

**Sale**

**$8.99** ~~$16.99~~

**Save up to 47%**

PayPal Pay in 4 interest-free payments on purchases of $30-$1,500. Learn more

1 Add to Cart

**Shop with Confidence at Collections Etc.**

- 50+ Years of Providing Unbeatable Values
- Satisfaction Guaranteed on All Purchases
- Safe, Secure & Fast Checkout

## Product Description

Rid your yard of annoying, and potentially dangerous, wasps. Traps yellowjackets and wasps inside with an irresistible lure of water and sugar, juice or fruit – and then doesn't let them out! Hang it near a patio or deck to keep your backyard activities sting-free. Reusable for years. Hanger included. Rinses clean. 6"H.

## Customers Also Like

    

amazon Delivering to Los Angeles 90028 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Music | Prime | Customer Service | Today's Deals | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Toys & Games | Sell | Find a Gift | Automotive | Computers | Celebrate National Small Bus

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Hom

fi SHOP NOW

Patio, Lawn & Garden › Pest Control › Traps

Roll over image to zoom in

VIDEO

# ASPECTEK Wasp Trap Catcher - Honey Bee Trap, Insect Catcher, Wasp Trap, Bee Trap, Hornet Outdoor Wasp Deterrent Killer, 2 Pack

Visit the ASPECTEK Store

3.7 ★★★★☆ 435 ratings

$10.99 ($5.50 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $10 off instantly: Pay $0.99 ~~$10.99~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | ASPECTEK |
| **Color** | yellow |
| **Style** | wasp trap |
| **Material** | Polypropylene |
| **Item Weight** | 0.29 Kilograms |
| **Number of Pieces** | 2 |
| **Is Electric** | No |

See more

## About this item

- ★Fast and easy self-made lure: Simply add your favorite natural lure into the trap, or included guideline for you to quickly make effective lure from Apple cider vinegar in minutes.
- ★Effective: The wasp trap quickly eliminate fruit hornet bees around your house, hornet that enter the wasp trap cannot escape. Working from spring throughout fall. Perfect for camping and garden yards.
- ★Fascinating design: Pumpkin-shaped trap are suitable with any home or kitchen decorate. The wasps or insects fly through the interior trumpet shaped holes into the clear yellow catch chamber and can't escape. Transparent shell allows you to see the trapped wasps.
- ★Easy to clean and spill-proof: The bee trap hard to spill, easy to refill and clean. Premium ABS and PP durable waterproof material make it suitable for different styles outdoor use and can work normally and effectively isolate the wind, water, rain, mist, snow and ice.
- ★Multi Application: Hornet Trap can be Hang or simply Put on Flat Surface and can be Used at Various Places, Indoor, Outdoor, Picnic, Camping, etc.

## Customer ratings by feature

| | | |
|---|---|---|
| Easy to remove | ★★★★☆ | 3.8 |
| Value for money | ★★★★☆ | 3.3 |

See all reviews

Report an issue with this product or seller

prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **fast, free delivery**

Delivery | Pickup

$10.99 ($5.50 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Wednesday, June 5** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, June 1**. Order within 5 hrs 58 mins

Delivering to Los Angeles 90028 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Store Extra |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

walmart.com/ip/TRIANU-Wasp-Trap-Bee-Traps-Catcher-6Pcs-Outdoor-Hanging-Repellent-Deterrent-...&selectedSellerId=101270896&adid=22222222271349053607_101270896_138590018085_18063607893&wl0=&wl1=g...

How do you want your items? Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder My Items

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Home | Fashion | Electronics | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Household Essentials / Pest Control / All Pest Control

ZINUS A dream come true Affordable mattresses & beds. Sponsored

Trianu

# TRIANU Wasp Trap Bee Traps Catcher, 6Pcs Wasp Traps Outdoor Hanging, Wasp Repellent Trap Deterrent Killer Insect Catcher, Non-Toxic Reusable Yellow Jacket Trap, Green

Free shipping  Free 30-day returns

**$20.99**

Price when purchased online

Add to cart

Count: 6

3 $11.99 | 6 $20.99

How do you want your item?

Shipping Arrives Jun 13 Free | Pickup Not available | Delivery Not available

Delivery to Los Angeles, 90020

Sold and shipped by **TRIANU**

45 seller reviews

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

## Similar items you might like

Based on what customers bought

Best seller | Best seller | Best seller

Sponsored

$19.57

Catcher Labs Clothing Moth Pro Traps with Pheromones | Non-toxic Clothes Moth Trap

amazon Delivering to Los Angeles 90028 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Music | Prime | Customer Service | Today's Deals | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Toys & Games | Sell | Find a Gift | Automotive | Computers | $0 food delivery fees.

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Hom

6 pack Scorpion Glue Tray Traps for Home... 197 $14.08 $14.82 prime Save 5% more with Subscribe & Save

Patio, Lawn & Garden › Pest Control › Traps

Roll over image to zoom in

2 VIDEOS

# Wasp Traps Outdoor Hanging, Bee Traps Repellent Yellow Jacket Catchers Killer for Outside, Hornet Deterrent Non-Toxic Reusable Hanging Wasp Traps (Pear Shape - 2 Pack)

Brand: ENERJARY

5.0 3 ratings

$16.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

**Coupon:** Apply 5% coupon Shop items › | Terms

Get $10 off instantly: Pay $6.99 $16.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | ENERJARY |
| **Color** | yellow-xl |
| **Product Dimensions** | 1"L x 1"W x 1"H |

## About this item

- 【LOOKING FOR A SAFE SOLUTION TO THE WASP PROBLEM?】Try this pear-shaped wasp trap! It is an environmentally friendly bee trap that uses natural non-toxic bait to catch a variety of flying insects such as wasps, yellow jackets, hornets, and flies. It can be safely and long-lasting set in gardens, backyards and other places where children and pets are active without worrying about endangering their safety. Our wasp catchers are durable enough to protect your home from wasps from spring to fall.
- 【UNIQUELY DESIGNED NEW VERSION WASP CATCHER】This wasp trapper is new version, designed in a lovely pear shape, helping you get rid of wasp infestation while embellishing your garden, courtyard, etc., it is a beautiful outdoor decoration. The bright orange color can attract wasps, and the trap is designed with 6 inlets and several small air holes, which can emit the smell of the bait and let more wasps enter the trap. The exit is small and the wasps that enter will not be able to escape.
- 【EASY TO USE AND REUSABLE WASP KILLER】The newly upgraded pear-shaped wasp trap comes with 2 attractants, so that you can set the trap to catch wasps as soon as you receive it, and each bee trap comes with 18" nylon cord for hanging outdoors. Wasp traps are easy to use, just add the included attractant, or make your own bait (use sugar, apple juice, meat, etc.) and hang the trap where it's needed. Yellow jacket traps are reusable, simply empty the trap when full, wash with water and rebait.
- 【DURABLE AND HIGH QUALITY EFFECTIVE WASP TRAP】The bee killer is made of durable and eco-friendly ABS plastic material, which is rainproof, sunscreen and corrosion resistant. Suitable for use in different weathers, such as heat, rain and fog. The wasp trap adopts a detachable design, which is

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

$16.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Wednesday, June 5** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, May 31**. Order within 2 hrs 17 mins

Delivering to Los Angeles 90028 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MRProducts Direct |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

https://health.amazon.com/prime?ref_=nav_cs_all_health_ingress_onem_h



