**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIC Corporation | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:24-cv-1444 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| The Entities and Individuals Identified in Annex A, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT ORDER AS TO CERTAIN DEFENDANTS**

This action having been commenced by Plaintiff PIC Corporation ("Plaintiff") against the defendants identified on Annex A, and using the Online Marketplace Accounts identified on Annex A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Exhibit A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from merchant platforms and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademark (the "Insect Trap Trade Dress") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Insect Trap Trade Dress. *See* (Docket Nos. 21-1, 21-2, 21-3, 21-4, 21-5) which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Insect Trap Trade Dress

A list of the Plaintiff's Insect Trap Trade Dress is included in the below chart.

| Trademark | Status | Class | Reg. No. | Reg. Date |
|---|---|---|---|---|
|  | Registered | 21 | 4387612 | 8/20/2013 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Insect Trap Trade Dress or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold embodying the Insect Trap Trade Dress;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product embodying Plaintiff's Insect Trap Trade Dress or any other product produced by Plaintiff that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff's and approved by Plaintiff for sale embodying the Insect Trap Trade Dress;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which embodies the Insect Trap Trade Dress or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba, Amazon, DHgate, eBay, Shopify, Temu, Walmart,, and Wish (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff's Design Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product embodying Plaintiff's Insect Trap Trade Dress or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine product embodying Plaintiff's Insect Trap Trade Dress or not authorized by Plaintiff to be sold in connection with the Plaintiff's Insect Trap Trade Dress.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods embodying Plaintiff's Insect Trap Trade Dress.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit Plaintiff's Design Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Annex A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including but not limited to PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including but limited to PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Plaintiff the amounts

from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

10. The Ten Thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Marshall, Gerstein & Borun LLP. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated: 6/10/2024

Judge Matthew F. Kennelly
United States District Judge

# Exhibit A

| Doe # | Marketplace | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|---|
| 1 | Alibaba | Bee Farm Biotechnology Co., Ltd. | beefarm | https://beefarm.en.alibaba.com |
| 2 | Alibaba | Wuhan Yimin Bee Product Co., Ltd. | beekeeping | https://beekeeping.en.alibaba.com |
| 4 | Alibaba | Dongguan Fenghetong Packing Co., Ltd. | dgfht | https://dgfht.en.alibaba.com |
| 5 | Alibaba | Shenzhen Benefitbee Bee Industry Co., Ltd. | fqwzbee | https://fqwzbee.en.alibaba.com |
| 6 | Alibaba | Hangzhou Kunda Technology Co., Ltd. | kundatech | https://kundatech.en.alibaba.com |
| 7 | Alibaba | Ningbo Chanson Industry & Trade Co., Ltd. | nbchanson | https://nbchanson.en.alibaba.com |
| 8 | Alibaba | Ningbo Songxiang Plastic Industry Co., Ltd. | nbsongxiang | https://nbsongxiang.en.alibaba.com |
| 9 | Alibaba | Zhangzhou Kangaroo Household Co., Ltd. | organizers | https://organizers.en.alibaba.com |
| 10 | Alibaba | Qingdao Boruiming Native Products Co., Ltd. | probeehive | https://probeehive.en.alibaba.com |
| 11 | Alibaba | Shenzhen Spdak Technology Company Limited | spartaktech | https://spartaktech.en.alibaba.com |
| 12 | Alibaba | Shenzhen Spdak Technology Company Limited | usbtop | https://usbtop.en.alibaba.com |
| 13 | Alibaba | Changge Xinruizheng Bee Industry Co., Ltd. | xinruizheng | https://xinruizheng.en.alibaba.com |
| 14 | Alibaba | Ningbo Yuchen Garden Echnology Co., Ltd | yuchengarden | https://yuchengarden.en.alibaba.com |
| 15 | Aliexpress | HnG Things Store | 1100813553 | https://www.aliexpress.com/store/1100813553 |
| 16 | Aliexpress | Alloet Official Store | 1100906794 | https://www.aliexpress.com/store/1100906794 |
| 19 | Aliexpress | Energetic House Life Store | 1101224011 | https://www.aliexpress.com/store/1101224011 |
| 20 | Aliexpress | HOUSEEN Store | 1101239450 | https://www.aliexpress.com/store/1101239450 |
| 21 | Aliexpress | Winzwon Kitchen Store | 1101252715 | https://www.aliexpress.com/store/1101252715 |
| 22 | Aliexpress | Huation Store | 1101260044 | https://www.aliexpress.com/store/1101260044 |
| 23 | Aliexpress | ABHZ House Essential Thing Store | 1101330544 | https://www.aliexpress.com/store/1101330544 |
| 24 | Aliexpress | JX H0ushold Profess0r Store | 1101332492 | https://www.aliexpress.com/store/1101332492 |
| 26 | Aliexpress | Quality--Life Store | 1101336996 | https://www.aliexpress.com/store/1101336996 |
| 27 | Aliexpress | A-Lan Outdoor Exercise Store | 1101341036 | https://www.aliexpress.com/store/1101341036 |
| 29 | Aliexpress | Pleasurable Shopping Day Store | 1101348539 | https://www.aliexpress.com/store/1101348539 |
| 30 | Aliexpress | YENJOYDIY Store | 1101351187 | https://www.aliexpress.com/store/1101351187 |
| 32 | Aliexpress | Good Family Helper Store | 1101356616 | https://www.aliexpress.com/store/1101356616 |
| 33 | Aliexpress | Warm Life Dropshipping Store | 1101363315 | https://www.aliexpress.com/store/1101363315 |
| 34 | Aliexpress | Shop5586036 Store | 1101372955 | https://www.aliexpress.com/store/1101372955 |
| 35 | Aliexpress | Shop5786919 Store | 1101387418 | https://www.aliexpress.com/store/1101387418 |
| 36 | Aliexpress | I-Healthy-lifestyle Store | 1101397884 | https://www.aliexpress.com/store/1101397884 |
| 37 | Aliexpress | House of satisfaction Store | 1101398371 | https://www.aliexpress.com/store/1101398371 |

# Exhibit A

| Doe # | Marketplace | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|---|
| 38 | Aliexpress | Ki O HOME Store | 1101403691 | https://www.aliexpress.com/store/1101403691 |
| 39 | Aliexpress | Farmore Animal Tools Store | 1101409069 | https://www.aliexpress.com/store/1101409069 |
| 40 | Aliexpress | Worldwide Tool Store | 1101427732 | https://www.aliexpress.com/store/1101427732 |
| 41 | Aliexpress | House-Tool Store | 1101430126 | https://www.aliexpress.com/store/1101430126 |
| 42 | Aliexpress | Shop900250234 Store | 1101495089 | https://www.aliexpress.com/store/1101495089 |
| 44 | Aliexpress | Farm center Store | 1101550783 | https://www.aliexpress.com/store/1101550783 |
| 45 | Aliexpress | MODUODUO Official Store | 1101562797 | https://www.aliexpress.com/store/1101562797 |
| 46 | Aliexpress | Multicolored-life Store | 1101611740 | https://www.aliexpress.com/store/1101611740 |
| 48 | Aliexpress | HoSky Store | 1101733217 | https://www.aliexpress.com/store/1101733217 |
| 49 | Aliexpress | Sufine Life Store | 1101738790 | https://www.aliexpress.com/store/1101738790 |
| 50 | Aliexpress | Greenvive Beekeeping Supplies Store | 1101753896 | https://www.aliexpress.com/store/1101753896 |
| 51 | Aliexpress | Daily Life Home Store | 1101755380 | https://www.aliexpress.com/store/1101755380 |
| 53 | Aliexpress | Hardwares Parts Store | 1101761051 | https://www.aliexpress.com/store/1101761051 |
| 54 | Aliexpress | BestsUnion Store | 1101771782 | https://www.aliexpress.com/store/1101771782 |
| 56 | Aliexpress | Ni Chou Sha Store Store | 1101859888 | https://www.aliexpress.com/store/1101859888 |
| 57 | Aliexpress | Hi My Tools Store | 1101860705 | https://www.aliexpress.com/store/1101860705 |
| 59 | Aliexpress | Star-ACE Store | 1101889337 | https://www.aliexpress.com/store/1101889337 |
| 60 | Aliexpress | LOVING HOUSE'S 0808 Store | 1101903766 | https://www.aliexpress.com/store/1101903766 |
| 61 | Aliexpress | Harry Potter Home Furnishing Store | 1101916436 | https://www.aliexpress.com/store/1101916436 |
| 63 | Aliexpress | Shop1100035160 Store | 1101978758 | https://www.aliexpress.com/store/1101978758 |
| 70 | Aliexpress | Kitchen -Dining -Bar 10001 Store | 1102008629 | https://www.aliexpress.com/store/1102008629 |
| 71 | Aliexpress | Tool Supplies 10001 store Store | 1102008930 | https://www.aliexpress.com/store/1102008930 |
| 72 | Aliexpress | New Winmart Store Store | 1102160181 | https://www.aliexpress.com/store/1102160181 |
| 73 | Aliexpress | HMMR House Store | 1102163007 | https://www.aliexpress.com/store/1102163007 |
| 74 | Aliexpress | Helpful Tools Store | 1102167729 | https://www.aliexpress.com/store/1102167729 |
| 75 | Aliexpress | Oliviero Kaz Store | 1102193321 | https://www.aliexpress.com/store/1102193321 |
| 76 | Aliexpress | Shop1102208327 Store | 1102209319 | https://www.aliexpress.com/store/1102209319 |
| 77 | Aliexpress | Shop1102317484 Store | 1102317485 | https://www.aliexpress.com/store/1102317485 |
| 78 | Aliexpress | Warm-Family Life Tool Store | 1102350562 | https://www.aliexpress.com/store/1102350562 |
| 79 | Aliexpress | Home Store | 1102403262 | https://www.aliexpress.com/store/1102403262 |
| 80 | Aliexpress | Home Decoration A Store | 1102405194 | https://www.aliexpress.com/store/1102405194 |

# Exhibit A

| Doe # | Marketplace | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|---|
| 81 | Aliexpress | APWIKOGER TOOL Store | 1102424858 | https://www.aliexpress.com/store/1102424858 |
| 82 | Aliexpress | Kitchenware Department Store | 1102488181 | https://www.aliexpress.com/store/1102488181 |
| 83 | Aliexpress | Shop1102633670 Store | 1102635632 | https://www.aliexpress.com/store/1102635632 |
| 84 | Aliexpress | A Future Store | 1102698604 | https://www.aliexpress.com/store/1102698604 |
| 85 | Aliexpress | Aihogard Official Store | 1102718565 | https://www.aliexpress.com/store/1102718565 |
| 86 | Aliexpress | Home Decoration-gardening Tools Store | 1102736424 | https://www.aliexpress.com/store/1102736424 |
| 87 | Aliexpress | Shop1102771761 Store | 1102770769 | https://www.aliexpress.com/store/1102770769 |
| 88 | Aliexpress | Portable Lighting Fixtures Store | 1102773934 | https://www.aliexpress.com/store/1102773934 |
| 89 | Aliexpress | Lucky - Home Decoration And Tool Shop Store | 1102774044 | https://www.aliexpress.com/store/1102774044 |
| 90 | Aliexpress | Shop1102811134 Store | 1102811135 | https://www.aliexpress.com/store/1102811135 |
| 91 | Aliexpress | Ziying Home Store | 1102878126 | https://www.aliexpress.com/store/1102878126 |
| 92 | Aliexpress | Vegetable Tool Store | 1102896510 | https://www.aliexpress.com/store/1102896510 |
| 93 | Aliexpress | Sunny Dreamy Spaces Store | 1102914119 | https://www.aliexpress.com/store/1102914119 |
| 94 | Aliexpress | Pure Soul Store | 1103079651 | https://www.aliexpress.com/store/1103079651 |
| 95 | Aliexpress | Noble Grace Proper Store | 1103081558 | https://www.aliexpress.com/store/1103081558 |
| 100 | Amazon | BENTONG | A22XLDU00TS0FT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22XLDU00TS0FT |
| 102 | Amazon | DDLBiz | A2M7WRJEZ2W867 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2M7WRJEZ2W867 |
| 104 | Amazon | (7-15 Days Delivery) Highguy | A3IM743VW040UU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IM743VW040UU |
| 105 | Amazon | Hupenwa-US | A3J68GG0NDXNT1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3J68GG0NDXNT1 |
| 107 | Amazon | polwer | A3RAM3DRA6NLSK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RAM3DRA6NLS |
| 108 | Amazon | Talkyo-US | A3TG3MFYYS4ER4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TG3MFYYS4ER |
| 109 | Amazon | sogoodloving | A4JOXHANB607V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4JOXHANB607V |
| 110 | Amazon | Huihsga001-US | A98HLJEDOG2I7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A98HLJEDOG2I7 |
| 112 | Amazon | LUOXINYI | AK7VCDIXCNQ73 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK7VCDIXCNQ73 |
| 114 | Amazon | Centeaiï¼ˆ7-15 Days Delivery) | ARHKP78TW9SO8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARHKP78TW9SO8 |
| 115 | Amazon | liiling-US | AV1GBUTVKOSNW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV1GBUTVKOSN |
| 116 | DHgate | pestcontrol Store | 21259637 | https://www.dhgate.com/store/21259637 |
| 117 | eBay | arrauga-0 | arrauga-0 | https://www.ebay.com/usr/arrauga-0 |
| 127 | eBay | haihemaoyi | haihemaoyi | https://www.ebay.com/usr/haihemaoyi |
| 128 | eBay | hplive-delicacy | hplive-delicacy | https://www.ebay.com/usr/hplive-delicacy |
| 129 | eBay | just-believe01 | just-believe01 | https://www.ebay.com/usr/just-believe01 |

# Exhibit A

| Doe # | Marketplace | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|---|
| 131 | eBay | kasmekk-0 | kasmekk-0 | https://www.ebay.com/usr/kasmekk-0 |
| 132 | eBay | lovesunnylife | lovesunnylife | https://www.ebay.com/usr/lovesunnylife |
| 135 | eBay | millionreasons11 | millionreasons11 | https://www.ebay.com/usr/millionreasons11 |
| 139 | eBay | sunny-store6 | sunny-store6 | https://www.ebay.com/usr/sunny-store6 |
| 140 | eBay | topelectronics2010 | topelectronics2010 | https://www.ebay.com/usr/topelectronics2010 |
| 142 | eBay | wardrobe1 | wardrobe1 | https://www.ebay.com/usr/wardrobe1 |
| 152 | Shopify | aspectek.com | aspectek.com | https://aspectek.com |
| 153 | Temu | Ancient Baking | 2224789218310 | https://www.temu.com/m-2224789218310.html |
| 160 | Walmart | Engenius Energy LLC | 101088010 | https://www.walmart.com/reviews/seller/101088010 |
| 162 | Walmart | Lotta Bakery Llc | 101106585 | https://www.walmart.com/reviews/seller/101106585 |
| 166 | Walmart | Trayknick | 101115714 | https://www.walmart.com/reviews/seller/101115714 |
| 182 | Walmart | SSAWcasa | 101176054 | https://www.walmart.com/reviews/seller/101176054 |
| 195 | Walmart | HandBag | 101185844 | https://www.walmart.com/reviews/seller/101185844 |
| 208 | Walmart | JIEYAN Co.Ltd | 101207646 | https://www.walmart.com/reviews/seller/101207646 |
| 214 | Walmart | Yekida Trade Co., LTD | 101211402 | https://www.walmart.com/reviews/seller/101211402 |
| 215 | Walmart | VASYL Flagship store | 101213681 | https://www.walmart.com/reviews/seller/101213681 |
| 216 | Walmart | ANJING Co.Ltd | 101214076 | https://www.walmart.com/reviews/seller/101214076 |
| 224 | Walmart | YAWAN Co.Ltd | 101223879 | https://www.walmart.com/reviews/seller/101223879 |
| 225 | Walmart | DINGXIAO Co.Ltd | 101226376 | https://www.walmart.com/reviews/seller/101226376 |
| 233 | Walmart | Honrane | 101242541 | https://www.walmart.com/reviews/seller/101242541 |
| 240 | Walmart | Mishuowoti | 101250868 | https://www.walmart.com/reviews/seller/101250868 |
| | | | | |
| 248 | Walmart | Wassup Fashion | 101265644 | https://www.walmart.com/reviews/seller/101265644 |
| 250 | Walmart | Home In Home | 101266847 | https://www.walmart.com/reviews/seller/101266847 |
| 251 | Walmart | Fashion Beauty | 101266866 | https://www.walmart.com/reviews/seller/101266866 |
| 252 | Walmart | NLSM | 101267508 | https://www.walmart.com/reviews/seller/101267508 |
| 254 | Walmart | HezeZz LLC | 101270623 | https://www.walmart.com/reviews/seller/101270623 |
| 256 | Walmart | LohomeoK | 101276357 | https://www.walmart.com/reviews/seller/101276357 |
| 259 | Walmart | MJN Store | 101277996 | https://www.walmart.com/reviews/seller/101277996 |
| 263 | Walmart | Good friend store | 101281311 | https://www.walmart.com/reviews/seller/101281311 |
| 268 | Walmart | Audrey Beauty | 101340604 | https://www.walmart.com/reviews/seller/101340604 |

**Exhibit A**

| Doe # | Marketplace | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|---|
| 278 | Wish | cool watches | 539aadc6bb72c55649c6aa19 | https://www.wish.com/merchant/539aadc6bb72c55649c6aa19 |
| 280 | Wish | eroute | 55779c9ea173b01a1c72190c | https://www.wish.com/merchant/55779c9ea173b01a1c72190c |
| 281 | Wish | california88 | 5627669f60fd330fc0ba56ac | https://www.wish.com/merchant/5627669f60fd330fc0ba56ac |
| 282 | Wish | harford68 | 5627788692af9f0fa64f84ca | https://www.wish.com/merchant/5627788692af9f0fa64f84ca |
| 283 | Wish | kansas | 562f504170473216dddcfe62 | https://www.wish.com/merchant/562f504170473216dddcfe62 |
| 284 | Wish | Coblenz | 56c2d39f8bd26e1153493109 | https://www.wish.com/merchant/56c2d39f8bd26e1153493109 |
| 285 | Wish | Folsom | 56dd51143a698c450dc0b78c | https://www.wish.com/merchant/56dd51143a698c450dc0b78c |
| 286 | Wish | Acacus | 56dea2c5aed1661a0d691bb8 | https://www.wish.com/merchant/56dea2c5aed1661a0d691bb8 |
| 287 | Wish | Abbeville | 56dffab00075b91879311caa | https://www.wish.com/merchant/56dffab00075b91879311caa |
| 289 | Wish | ruoying | 5785e666ec3279021b5f3646 | https://www.wish.com/merchant/5785e666ec3279021b5f3646 |
| 290 | Wish | singular | 57e6359ed7ae4939c56f8e70 | https://www.wish.com/merchant/57e6359ed7ae4939c56f8e70 |
| 291 | Wish | passionatefire | 57e8e28d2764271309ce8b47 | https://www.wish.com/merchant/57e8e28d2764271309ce8b47 |
| 292 | Wish | Mazey Store | 584134dd879d36699583d29b | https://www.wish.com/merchant/584134dd879d36699583d29b |
| 293 | Wish | a vblue tiger | 5846bae07f6c0d69395bc4ff | https://www.wish.com/merchant/5846bae07f6c0d69395bc4ff |
| 294 | Wish | svart_lilja | 585d3b138108916f5c304ca2 | https://www.wish.com/merchant/585d3b138108916f5c304ca2 |
| 295 | Wish | wangjingshuiguo | 58a3d1db13f0905490bd0796 | https://www.wish.com/merchant/58a3d1db13f0905490bd0796 |
| 296 | Wish | AbrO | 58acfd32c96d175073e12015 | https://www.wish.com/merchant/58acfd32c96d175073e12015 |
| 297 | Wish | pci2002@163.com | 593236d197555e3d1af29116 | https://www.wish.com/merchant/593236d197555e3d1af29116 |
| 298 | Wish | The shop of bei jinhong | 5936a7927feb4933a5646f0d | https://www.wish.com/merchant/5936a7927feb4933a5646f0d |
| 299 | Wish | aune | 5937a244e81e8a7a802c5713 | https://www.wish.com/merchant/5937a244e81e8a7a802c5713 |
| 300 | Wish | Suoyanwenzhen | 593ba83d20d56c70c69435df | https://www.wish.com/merchant/593ba83d20d56c70c69435df |