UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIC Corporation, | Case No. 1:24-cv-1444 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | |
| The Entities and Individuals Identified in Annex A, | |
| Defendants. | |

**DECLARTION OF XIN CHEN IN SUPPORT OF DEFENDANT'S MOTIONS**

I, Xin Chen, declare as follow:

1. I am the Chief Executive Officer of Larryhot Trading Co., Ltd. (**Larryhot**), which operates the internet store, supvogue.com (the **Store**), identified in this lawsuit. In this capacity, I have personal knowledge of the Store's operation and sales and have access to Larryhot's business records.

2. I make this declaration based on my personal knowledge and after reviewing Larryhot's business records. If called as a witness, I can competently testify to the matters stated herein. I make this declaration in support of Defendant's Reply in Support of Motion to Dismiss.

3. The Store supvogue.com does not have a "ship-to" option on the homepage of its website. *See* **Exhibit D**.

4. The Store's website, supvogue.com, utilizes the service of a website building provider which build up the Store's website on a template, which does not contain a "ship-to"

1

option for a consumer to choose at the homepage or a product's webpage. The Defendant did not intentionally choose any particular design of the website to target the market of any state.

5. The Store conducts business globally, and regularly sells products to other parts of the world outside of the U.S. Defendant and the Store did not intentionally target the market of the United States as opposed to other international markets.

6. The Store did not have any communication with the customer who placed the only order for the alleged product in this matter, either before or after the placement of the order.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 26th day of June, 2024, in Xiamen, Fujian Province, China.

Dated: June 26, 2024　　　　　　　　　　　　By: *Xin Chen*
　　　　　　　　　　　　　　　　　　　　　　　　Xin Chen

# EXHIBIT D

 USD  English  



## This is collections





💕HOT SALE                                   HOME



  USD  English supvogue 1



ALL PRODUCTS

THIS WEEK'S BEST SELLERS



 🔥 LAST DAY 60% OFF 🔥 Cordless...
$29.98  $69.98



Last Day 50% OFF -New Hair Straightener...
$26.96  $47.99

 USD  English 



Hollow Metal Dragon Shaped Carving Dice..
$29.94  $49.99



3 Way Kitchen Faucet🔥 BUY 3 GET 1 FREE
$19.96  $41.99



2 in 1 Floor Brush(Brush + scrape) 🔥 BUY 3..
$19.96  $39.99



Solar Aircraft With Unique Fragrance
$19.96  $33.99

  USD  English supvogue 1



LED Solar Lamp Path Staircase Outdoor...
$8.96 $12.99

KITCHEN CHOPPING ARTIFACT🔥 BUY 2...
$29.96 $49.99



Retractable Double Layer Car Wash Brush...
$27.96 $52.99



Jewelry Cleaner Spray🔥 BUY 2 GET 1 FREE
$14.96 $39.99

  USD  English




LED Color Changing Solar Wind Chime Lig...  Wave Pattern Stackable Hanger 🔥 BUY 3...
$26.96  $49.99           $9.96  $19.99



  USD  English  1



# + 20000 HAPPY CUSTOMERS

★★★★★

No matter where you are, who you are and what you are passionate about we want to be able to provide you with

  USD  English 



## HEY DON'T MISS THIS

Subscribe to get exclusive special offers, free giveaways and once-in-a-lifetime deals.

Email address

SUBSCRIBE

About supvogue

OUR PAYING METHOD

      

Start a Return & Refund

DMCA report © 2024 supvogue