**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PIC Corporation ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:24-cv-1444 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO VACATE OR MODIFY PRELIMINARY INJUNCTION**

This matter coming before the Court on Defendant's Larryhot, operator of storefront supvogue.com (Doe #151), Motion to Dismiss and Motion to Vacate or Modify Preliminary Injunction (Dkt. 76), the Court having been advised that Plaintiff and Defendant Larryhot (Doe #151) have reached an agreement in part regarding this Motion, it is hereby ordered:

1. Defendant Larryhot, operator of storefront supvogue.com (Doe #151) is ordered to deposit $10,000 with the clerk of the Northern District of Illinois until further order of court.

2. Upon confirmation from the clerk that the $10,000 has been received by the clerk of the Northern District of Illinois, Plaintiff's counsel shall instruct PayPal to release the asset restraint on the merchant accounts held by Doe #151.

3. Defendant's Motion to Vacate or Modify Preliminary Injunction is hereby terminated as moot.

June 27, 2024

_____
Judge Matthew F. Kennelly