# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PIC Corporation, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 1:24-cv-1444 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | Magistrate Judge Maria Valdez |
|     Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, between and among counsel for the undersigned parties to this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the parties' settlement agreement dated August 9, 2024, Plaintiff PIC Corporation ("PIC") and Defendant supvogue.com (Doe 151) operated by Larryhot Trading Co., Ltd. ("Defendant" or "Larryhot") hereby stipulate that all claims and defenses in this matter shall be dismissed with prejudice, each party shall bear its own attorneys' fees and costs.

Dated: August 13, 2024

Respectfully submitted,

/s/Krista M. Solano
Marshall, Gerstein & Borun LLP
Benjamin T. Horton
Gregory J. Chinlund
Kelley S. Gordon
Michelle Bolos
John J. Lucas
Valérie R. Cambronne
Krista M. Solano
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
bhorton@marshallip.com
gchinlund@marshallip.com
kgordon@marshallip.com

mbolos@marshallip.com
jlucas@marshallip.com
vcambronne@marshallip.com
ksolano@marshallip.com

Attorneys for Plaintiff


/s/Ronghua Guan
Ronghua Guan
DGW Kramer LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Telephone: (213) 592-1908
ronghua@dgwllp.com

Attorney for Defendant supvogue.com