# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PIC Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>The Entities and Individuals Identified in Annex A,<br><br>  Defendants. | Case No. 1:24-cv-1444<br><br>Judge Matthew F. Kennelly |

**Amended Order Regarding Funds Deposited With Clerk of Court**

Defendant's Larryhot, operator of storefront supvogue.com (Doe #151), request to disburse the deposit $10,000 held by the clerk of the Northern District of Illinois is granted. The ten-thousand-dollar ($10,000) deposit posted by Doe #151, including any interest accrued, is hereby released to Larryhot Trading Co., Ltd. or its counsel, DGW KRAMER LLP at 45 Rockefeller Plaza, 20th Floor, New York, NY 10111. The Clerk of Court is ordered to return the funds previously deposited with the Clerk of Court to DGW KRAMER LLP at 45 Rockefeller Plaza, 20th Floor, New York, NY 10111 via regular mail.

Dated: October 7, 2024

                        _____
                        Judge Matthew F. Kennelly